# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 14, 2007

Clifford W. Taylor,
Chief Justice

134913

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                                        SC: 134913
                                        COA: 268266

DAVID GORDON REAM,
         Defendant-Appellee.
                                        Oakland CC: 2004-199313-FC

_____/

       On order of the Court, the application for leave to appeal the July 31, 2007 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on December 13, 2007, at 9:30 a.m., on whether to grant the prosecutor's application or take other peremptory action. MCR 7.302(G)(1).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 14, 2007

_____
Clerk

t1114